# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEANDRE VALENTINE,
                Petitioner,
                vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JACQUELINE M. BLUTH, DISTRICT
JUDGE,
                Respondents,
                and
THE STATE OF NEVADA,
                Real Party in Interest.

No. 84777

FILED

JUL 0 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is an original petition for a writ of mandamus or prohibition. Petitioner has filed a motion to withdraw his petition. The unopposed motion is granted and this matter is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-21490

cc: Hon. Jacqueline Bluth, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk